IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STACY DUKE AKANA AND XARBIN INDUSTRIES SP , | ) ) ) | CV 23-00085 DKW-RT |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| RHEA (MARITIME VESSEL), IN REM, HULL NO. HA 9548G; GARY CHEN; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20; OTHER ENTITIES 1-20, IN PERSONAM | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

<u>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY MOTION FOR DEFAULT JUDGMENT</u>

Findings and Recommendation having been filed on May 03, 2023 and served on all parties on May 04, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Deny Motion for Default Judgment", ECF No. 14 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 23, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

---

*Stacy Duke Akana, et al vs. Rhea, et al.*; Civil No. 23-00085 DKW-RT; ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY MOTION FOR DEFAULT JUDGMENT